FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 28 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MARCIA SHELTON,

    Plaintiff,

vs.

McDONALD OIL COMPANY and
CHARLES ASHLEY,

Civil Action File No.

3:15-cv-00037-TCB

### Order Approving FLSA Settlement

The Parties having jointly moved [Dkt. 36] to review and approve their Settlement Agreement and Release of Claims ("the Agreement") in this FLSA case; the Court having reviewed the same and for good cause shown, the Court finds the terms of the Agreement to be fair and reasonable. IT IS HEREBY ORDERED that the Agreement is APPROVED and incorporated herein. The Court shall retain jurisdiction to enforce the terms of the Agreement.

SO ORDERED this 28th day of March 2016.

_____
Honorable Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE

1