IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA SHELTON | : |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action Number: |
| McDONALD OIL COMPANY and CHARLES ASHLEY | : 3:15-CV-00037-TCB |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of the instant case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **PAGE SCRANTON SPROUSE TUCKER & FORD, P.C.** |
| *s/ Charles R. Bridgers* | *s/ Julie E. Dorchak* |
| Charles R. Bridgers | Julie E. Dorchak |
| Georgia Bar No. 080791 | Georgia Bar No. |
| | *s/ James Clinton Clark, Jr.* |
| *s/ Kevin D. Fitzpatrick, Jr.* | James Clinton Clark, Jr. |
| Kevin D. Fitzpatrick, Jr. | Georgia Bar No. |
| Georgia Bar No. 262375 | |
| | Synovus Centre |
| 3100 Centennial Tower | P.O. Box 1199 |

1

| | |
|---|---|
| 101 Marietta Street, N.W. | 1111 Bay Avenue |
| Atlanta, Georgia 30303 | Suite 300 |
| CharlesBridgers@dcbflegal.com | Columbus, GA 31902-1199 |
| kevin.Fitzpatrick@dcbflegal.com | Jed@psstf.com |
| O:  404-979-31560 | jcc@psstf.com |
| F:  404-979-3170 | O: 706-256-5304 |

**COUNSEL FOR PLAINTIFF**              **ATTORNEYS FOR DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA SHELTON : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | Civil Action Number: |
| McDONALD OIL COMPANY : | 3:15-CV-00037-TCB |
| and CHARLES ASHLEY : | |
| : | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on April 1, 2016, I filed the parties' **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

**COUNSEL FOR PLAINTIFF**

3